# CASE NO. 24-40585

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**Nelson Willis,**
**Plaintiff-Appellant**

v.

**Adam M. Aron,**
**Defendant-Appellee**

### AFFIDAVIT OF MERIT
### IN SUPPORT OF APPELLANT'S EMERGENCY MOTION
### TO CORRECT DOCKET MISCLASSIFICATION

**STATE OF TEXAS**
**COUNTY OF GRAYSON**

**BEFORE ME**, the undersigned authority, on this day personally appeared Nelson E. Willis, who, after being duly sworn, deposed and stated as follows:

1. My name is Nelson E. Willis. I am over eighteen (18) years of age, of sound mind, competent to testify to the matters stated herein, and have personal knowledge of the facts set forth below.

2. I am the Appellant in Case No. 24-40585, pending before the United States Court of Appeals for the Fifth Circuit, and I submit this affidavit in support of my Emergency Motion to Correct Docket Misclassification.

3. On April 29, 2025, I submitted five individual motions via email to the Fifth Circuit Clerk's Office, each titled and formatted as an independent filing, with the express intent that each motion be docketed and reviewed separately.

4. On May 1, 2025, I received email confirmation that the Clerk's Office had misclassified all five motions as "exhibits" to a single docket entry, Document 57, rather than assigning them separate docket numbers.

5. I immediately placed a phone call to the Clerk's Office and spoke with staff member Rebecca at 12:28 PM Central Time, during which I confirmed and objected to this misclassification. The conversation was recorded in full.

6. During that call, Rebecca admitted that she had been instructed by the Clerk to treat all five filings as exhibits, even though they were submitted as individual motions. She was unable to explain the rationale and referred me to the case manager, Angelique Tardy, for further resolution.

7. I explained on record that this action obstructed my right to due process, interfered with the strategic filing of motions ahead of a court-imposed deadline (May 7, 2025), and was part of a larger pattern of procedural interference by Clerk staff dating back to Document 50's denial.
8. I further informed the Clerk's Office that I would be requesting supervisory oversight from the United States Supreme Court to prevent further sabotage of my appeal.
9. A full and accurate transcript of the May 1, 2025 phone call is attached to this affidavit as Exhibit A:

### EXHIBIT A: TRANSCRIPTION OF Plaintiff-Appellant Nelson E. Willis and Rebecca Leto 5th Circuit Clerk dated May 1, 2025,

>https://recordings.tapeacall.com/t/CxgDBeVgtqOX

00:26
Speaker 1
Hey Rebecca? Yes sir.

00:30
Speaker 2
Hey, this is Nelson Willis. Uh, hey, I just got that email that you guys filed, uh, 57, and then, and then with a series of exhibits that that I sent all of those, uh, motions, those aren't exhibits, those are motions to be filed.

00:46
Speaker 1
I understand they're being very well I was instructed to process the document that way. That came from the clerk, uh, my, I, I have no answer for you other than the question was asked because we were unsure of the specific release that each of your documents was requesting so that went to the clerk for um guidance and I was instructed to file the document as such.

01:19
Speaker 2
Yeah, that's not the intention of the filings. They, they're individual filings. This should be number 57, 58, 59, 60.

01:27
Speaker 1
I understand your request, but those were my instructions and I have to follow the? instructions,

01:34
Speaker 2
well, alright, well this is, this is obstruction of my case. You guys are denying me my due process.

01:42
Speaker 1
Mr. Willis're

01:45
Speaker 2
 you're not even filing my documents I send them in.

01:49
Speaker 1
 I'm sorry. Um, filing as instructed

01:53
Speaker 2
 well, no, no, no, no, no, no, no, you're filing per her interpretation and that's not, that's not fair. That's not what I intended. These were not labeled as they're not labeled in the in the email to Prose 5 CA 5 email inbox. They are not addressed in that body of that email as exhibits their individual filings.

02:14
Speaker 1
 May I suggest that you speak with the case manager if you have any issues with this because I am processing filings as instructed by the clerk.

02:25
Speaker 2
 OK, well, you're talking to me now, the plaintiff appellant. OK, and you guys are trying to engineer my case behind my back, OK? And I can't have that happen. All right, I'm building my case strategically and you guys are trying to undermine me. I'm filing strategically. I have a game plan and you guys are taking my game plan and saying to hell with his game plan. He is nobody. We are the 5th Circuit court, and? this is what's happening. I'm? not being belligerent. I'm, I'm defending my rights. I'm standing up for my rights. I don't have anything personally against you or anyone else there. I am protecting my rights as an appellant in this, in this court, and I am being sidelined by this clerk of the court who thinks she knows what I'm doing. And she does not. She has no idea. She needs to file my documents and let the the defense reply to them. She has overstepped her bounds, and each one of those filings is to uh get a hearing on this, uh, this situation with document 55, and that is blatantly obvious in every one of those filings, and you treat them as exhibits to bury them. This is obvious collusion and conspiratorial behavior against? Plaintiff appellate pro se litigant. And that's exactly what is happening and it has been done to me through the United States District court and the 235th District court. That's where this whole case began in the 235th District Court of Texas. And then I moved it over when they filed a fraudulent nonsuit to evade discovery, which everyone in every court is doing their best to hand on to the false, uh, filing of that, the false nature of that nonsense. It is too late. It is beyond a procedural uh release of that case and the judge never signed an order. The case, I, I froze that docket intentionally and moved it to the United States district court. And what did they do? They went ahead and treated me like I didn't matter and tried to honor a fraudulent non-suit and diss

my case on a 12b6 based on the uh false misrepresentation of their. Interpretation of what a non-suit is and when it should be filed. And that is the bottom line of this appeal, and I will set a precedent with this case and you guys are trying to undermine me and now it's out in the open. You filed and I filed document 5 uh 56 uh right after in the, in the, uh, it's more evidence of wrongdoing by Judge Danelle Haverkam, which she denied by 45 and 50, which is all crime. And you're denying my evidence because it relates directly to my case in the 235th District court and the invasion of discovery and why they evaded discovery. OK, I'm being treated like a third-class citizen in this court. I am the plaintiff, and I am uh in control of this case, and you guys are undermining my filings and I need these files in order how you receive them individually. They get their own docket number. That's exactly what the email says, not one word about an exhibit in any of that. And I need this done immediately.

05:45
Speaker 1
And sir, I'm afraid that that will not happen.

05:49
Speaker 2
Why, why not give me one valid. You're on a recorded line. Give me one valid.

05:54
Speaker 1
Because I was instructed to file the documents as such by the clerk.

05:58
Speaker 2
OK, get that clerk on the phone with us right now.

06:01
Speaker 1
I'm gonna have to transfer you to my case manager. I cannot transfer you to the clerk case manager is Angelique Tardy.

06:09
Speaker 2
OK, um, just get her on, just get her on the phone with us

06:13
Speaker 1
just? so I, I, I don't have conference availability. I can only transfer you to her, but I will.

06:21
Speaker 2
This will not stand. This will not stand and you're doing. No, this, what this is, what this exactly is, Rebecca, and you know I'm right. You're stalling. This is a stall tactic. You're doing this because, uh, May 7th is right around the corner and you're waiting on the brief, uh, the response

to my brief from the defense, and you're doing this as a stall tactic to delay delay. delay because now you're making me go back through hoops to get a filing done as I sent them into you. These are not exhibits. They are motions. The title is motion, not an exhibit. How are you doing this to me without, with a straight face? How are you deceiving me with a straight face? Yeah, you go ahead and end this call, Rebecca, because I'm, I'm gonna come down there to that court. I'm gonna drive to your court. I will be there before the 7th and we will, uh, uh, I, I demand that you guys immediately get the judges involved. I'm gonna get, I'm gonna follow and get the Supreme Court supervisory role initiated in this case. That's exactly what I'm about to file for a surroatory or, or whatever you say, I'm gonna get the Supreme Court uh uh supervision on this case right now. You have been notified. And you better escalate this, Rebecca. I swear you better escalate this because we are not playing games over here and you are not steering my case. I am in control of my own case, my own destiny, and you guys are trying to undermine my case and you've already done it blatantly with the clerk order of 55 and you denied. 45 and 50, which is clearly related to my case, 1000% related. That is a bullshit tactic by that court court in coordination with the defense and the appelle. The, the powerful Mr. Adam Aaron, and that's what you guys are protecting. And you're protecting Citigroup, you're protecting entire Capitol, and everything that I have filed. is evidence that would trigger a DOJ investigation and a grand jury indictment on everybody listed in this case, and you are subverting my case. You are doing this deliberately and I have this on record, and this conversation will be aired in court. Thank you very much and you have been notified this court is now on notice.

<end of call>

**FURTHER AFFIANT SAYETH NAUGHT.**

**CERTIFICATE OF SERVICE**

**I hereby certify that on May 1, 2025, this Motion:
AFFIDAVIT OF MERIT IN SUPPORT OF APPELLANT'S EMERGENCY MOTION TO CORRECT DOCKET MISCLASSIFICATION
was filed with the United States Court of Appeals for the Fifth Circuit. Pursuant to the Court's electronic case filing system (CM/ECF), service will be effectuated automatically on all registered parties.**

**Dated: May 1, 2025**

_____
**Nelson E. Willis
Pro Se Appellant
1405 County Road 208
Gainesville, TX 76240
(972) 533-4126
nelsonwillis3@gmail.com**

**NOTARY ACKNOWLEDGMENT**

**Subscribed and sworn before me, the undersigned authority, on this __1__ day of May, 2025, by Nelson E. Willis, who personally appeared and acknowledged that the foregoing instrument is true and correct to the best of his knowledge and belief.**

**Notary Public, State of Texas          May 1, 2025**

_____

**My Commission Expires:** 3-24-29

MARNE SUE BRAND
Notary Public, State of Texas
Comm. Expires 03-24-2029
Notary ID 126686219