Case No. 24-40585

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**NELSON E. WILLIS,**

Plaintiff–Appellant,

v.

**RICK ILLMER (ADAM M. ARON),**

Defendant–Appellee.

U.S. COURT OF APPEALS
RECEIVED
May 07, 2025
FIFTH CIRCUIT

---

# MOTION TO COMPEL JUDICIAL NOTICE THAT FUTURE FILINGS BY APPELLEE MAY CONSTITUTE FRAUD ON THE COURT

---

TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT:

Appellant Nelson E. Willis respectfully moves the Court to take judicial notice, pursuant to Fed. R. Evid. 201 and the Court's inherent supervisory powers, that any future filings by Appellee that misrepresent the record, omit material facts, or attempt to obscure the documented procedural history of this case shall be preserved by Appellant as additional counts of fraud on the court.

## I. BASIS FOR JUDICIAL NOTICE

1. Appellant has submitted a fully briefed Motion for Summary Judgment (Doc. 68), supported by unrebutted sworn affidavit and verified record materials including:

   - Evidence of a fraudulent and unsigned nonsuit used to obstruct subpoenas;

   - Procedural sabotage by the Clerk's Office (see Docs. 55, 57.1–57.5);

  - Misclassification and suppression of Appellant's filings;

  - A documented phone transcript establishing administrative misconduct.

2. Appellee and his counsel have repeatedly engaged in filings that misrepresent this procedural history and distort the purpose and effect of the nonsuit.

3. The record now clearly demonstrates that Appellee has engaged in a pattern of conduct that prejudices both the lower court and this appellate panel through omissions, factual misrepresentations, and willful procedural evasion.

II. NOTICE TO THE COURT

Appellant gives this Court and Appellee fair warning:

Any response or filing submitted after May 7, 2025, that fails to directly confront or acknowledge the factual timeline, including the subpoenas that preceded the nonsuit, shall be preserved by Appellant as a distinct count of fraud on the court.

Appellant further affirms that:

- Each false or evasive submission will be cataloged and addressed in future motions for sanctions, disbarment, or judicial accountability;

- Appellant reserves the right to pursue criminal and professional review under 18 U.S.C. § 1001, 18 U.S.C. § 1505, and applicable professional conduct rules.

III. CONCLUSION

This is not a threat—it is a matter of record preservation and integrity.

Appellee's prior filings have already crossed lines. The Court is respectfully asked to take notice now before those lines are further erased.

Respectfully submitted this 7th day of May, 2025.

/s/ Nelson E. Willis

Appellant, Pro Se

1405 County Rd. 208

Gainesville, TX 76240

nelsonwillis3@gmail.com

(972)-533-4126

CERTIFICATE OF SERVICE

I certify that on this 7th day of May, 2025, a true and correct copy of the foregoing was served via CM/ECF and/or U.S. Mail upon counsel of record for Appellee.

/s/ Nelson E. Willis

Appellant, Pro Se