# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2025

Mr. Nelson Willis
1405 County Road 208
Gainesville, TX 76240

No. 24-40585   Willis v. Aron
               USDC No. 4:23-CV-732

Dear Mr. Willis,

We received your "Appellant's Objection to Appellee's Brief." Any objection to the brief of Appellee must be incorporated in the reply brief of Appellant when same is filed. Appellee's brief has not yet been processed; therefore, deadline for reply brief of Appellant is not yet set. Accordingly, we are taking no action on this filing.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:  Mr. Richard A. Illmer
     Ms. Meghann D. Reeves