# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 16, 2025
Lyle W. Cayce
Clerk

No. 24-40585

Nelson Willis,

*Plaintiff—Appellant,*

versus

Adam M. Aron,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732

---

ORDER:

IT IS ORDERED that Appellant's motion to correct docket misclassification and restore individual motion filings buried in docket entry 57 is DENIED.

 /s/ Carl E. Stewart
 Carl E. Stewart
 *United States Circuit Judge*