# No. 24-40585

# In the United States Court of Appeals for the Fifth Circuit

NELSON WILLIS,
Plaintiff-Appellant,

v.

ADAM M. ARON,
Defendant-Appellee.

On Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division

### ADAM M. ARON'S RESPONSE IN OPPOSITION TO APPELLANT'S MOTIONS

Defendant–Appellee Adam M. Aron respectfully opposes the relief sought by Plaintiff–Appellant Nelson Willis's in the following Motions filed as:

1. Corrected Motion for Summary Judgment [Dkt. 84]; and

2. Motion to Strike Appellee's Brief [Dkt. 87].

No additional response will be submitted by Defendant-Appellee Adam M. Aron unless specifically requested by the Court.

Respectfully submitted,

By: */s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
rick.illmer@huschblackwell.com
Meghann Reeves
State Bar No. 24094499
meghann.reeves@huschblackwell.com

**HUSCH BLACKWELL LLP**
1900 N. Pearl St., Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

**ATTORNEYS FOR APPELLEE**
**ADAM M. ARON**

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 15, 2025, a true and correct copy of the foregoing document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Richard A. Illmer*
Richard A. Illmer