# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 4, 2025
Lyle W. Cayce
Clerk

No. 24-40585

Nelson Willis,

*Plaintiff—Appellant,*

versus

Adam M. Aron,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732
_____

## UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Smith and Graves, *Circuit Judges*.
Per Curiam:

    IT IS ORDERED Appellant's Motion to Deem Factual Assertions Admitted and Unrebutted (Dkt. No. 178) is DENIED.

    IT IS FURTHER ORDERED that Appellant's Motion to Vacate the Panel Opinion and Judgment of Dismissal (Dkt. No. 131) is DENIED.

    IT IS FURTHER ORDERED that Appellant's Motion to Grant Appellant's Opening Brief in Full and Enter Judgment Recognizing the Merits an Evidentiary Foundation (Dkt. No. 43) is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion for Final Judgment in Appellant' Favor (Dkt. No. 43) is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion for Referral of the Record to the United States Department of Justice for Investigation is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Correct the Docket Entry (Dkt. No. 142) is DENIED as moot.

IT IS FURTHER ORDERED that Appellant's Motion to Vacate the Court's Order (Dkt. No. 205-2) is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Take Retroactive Judicial Notice of the Certified 235th District Court's Docket Entries is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Acknowledge that, under TRCP 162 and Texas Supreme Court precedent, the Pre-nonsuit Hearing, Subpoenas, and Collateral Obligations Survived the Nonsuit is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Recognize Appellee's Double Default on Document Nos. 178 and 204 and Treat Well-Supported Factual Showings as Admitted and Established Under Waiver/Forfeiture Principles and Rule 56(e)(3) is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Withdraw the Sanction Warning Issued in Document No. 205 is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Enter Final Judgment in Appellant's Favor is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Direct the Clerk to Reflect the Above Noticed Facts on the Docket, or in the

No. 24-40585

alternative, Accept Appellant's Exhibits as Part of the Electronic Record on Appeal, and Circulate Any Necessary Correction Memorandum is DENIED.

The record reveals that this panel has now twice warned Appellant that further frivolous motions or requests for expedited review would be met with the imposition of sanctions. Appellant ignored those warnings, continuing to bombard this court with frivolous and repetitive filings.

Appellant is WARNED that any future frivolous, repetitive, or otherwise abusive filings will subject him to monetary sanctions.