# United States Court of Appeals
## for the Fifth Circuit

No. 24-40585

United States Court of Appeals
Fifth Circuit
**FILED**
September 25, 2025
Lyle W. Cayce
Clerk

Nelson Willis,

*Plaintiff—Appellant,*

versus

Adam M. Aron,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732
_____

## UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Smith and Graves, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that Appellant's September 4, 2025, Motion for Entry of Double Default on Document Nos. 178 and 204 is DENIED.

    IT IS FURTHER ORDERED that Appellant's Motion to Vacate the Panel Opinion and Judgment of Dismissal (Dkt. No. 131) and direct the Clerk to note that no mandate has issued is DENIED.

    IT IS FURTHER ORDERED that Appellant's Motion to Enter Final Judgment in Appellant's Favor is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion for Pre- and Post-Judgment Interest is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to direct the Clerk to correct the docket by marking Document No. 131-1 as "Vacated/No Mandate Issued" and by reflecting the entry of default judgments as to Documents Nos. 178 and 204 is DENIED.

IT IS FURTHER ORDERED that Appellant's September 8, 2025, Motion to Vacate the Court's September 4, 2025, Order is DENIED.

IT IS FURTHER ORDERED that Appellant's Motion to Reverse Every Prior Denial is DENIED.

IT IS FURTHER ORDERED that Appellant's further requests for relief in his September 8, 2025, Motion are DENIED.

IT IS FURTHER ORDERED that Appellant's September 15, 2025, Motion to Strike Appellee's Response to Appellant's September 4, 2025, Motion is DENIED.

IT IS FURTHER ORDERED that Appellant's further requests for relief in his September 15, 2025, Motion are DENIED.

The record reveals that this panel has now several times warned Appellant that further frivolous motions or requests for expedited review would be met with the imposition of sanctions. Appellant has ignored this panel's warnings and instead, continues to bombard this court with frivolous and repetitive filings, including the three filings addressed in this order.

Because Appellant has failed to heed these warnings, Appellant is ORDERED to remit a monetary sanction in the amount of $100, payable to the clerk of the court.

Appellant is **WARNED** that any future motions or requests of this kind will subject him to further monetary sanctions.