**Cause No. 24-40585**

In the
United States Court of Appeals for the Fifth Circuit

Nelson Willis,
*Plaintiff–Appellant,*

v.

Adam Aron,
*Defendant–Appellee.*

On Appeal from the United States District Court
for the Eastern District of Texas, Sherman Division
No. 4:23-CV-732

**APPELLEE ADAM ARON'S RESPONSE
TO APPELLANT'S MOTION TO DECLARE DEFAULT ON DOC. 243
(EIGHTH DEFAULT FOLLOWING SEVENTH DEFAULT ON DOC. 223)
AND FOR ENTRY OF FINAL JUDGMENT**

Richard A. Illmer
Texas Bar No. 10388350
Rick.Illmer@huschblackwell.com

HUSCH BLACKWELL LLP
1900 N. Pearl Street
Suite 1800
Dallas, Texas 75201
Tel: 214-999-6100
Fax: 214-999-6170

*Counsel for Appellee Adam Aron*

Appellee Adam M. Aron requests that this Court exercise its sound discretion and deny "Appellant's Motion to Declare Default on Doc. 243 (Eighth Default Following Seventh Default on Doc. 223) and for Entry of Final Judgment" (the "Motion"), filed on September 29, 2025 [Dkt. 264].

The Motion is yet another example of a frivolous filing from Appellant of which this Court has cautioned Appellant from continuing to file. Appellant exhibited similar behavior before the district court as this Court noted in its June 24, 2025 Opinion. [Dkt. 131-1, p. 5, fn. 4], and its September 25, 2025 Orders sanctioning Mr. Willis and warning of further frivolous motions will be met with additional sanctions. [Dkts. 257, 258, and 259].

The Motion lacks merit and should be denied. The central issue before this Court is whether Appellant is entitled to a rehearing relating to this Court affirming the district court's dismissal with prejudice of all Appellant's claims against Appellee.

Respectfully submitted,

By: */s/ Richard A. Illmer*
Richard A. Illmer
State Bar No. 10388350
rick.illmer@huschblackwell.com

**HUSCH BLACKWELL LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*

**ATTORNEYS FOR APPELLEE**
**ADAM M. ARON**

### CERTIFICATE OF SERVICE

I certify that, on October 9, 2025, an electronic copy of this Response was served on the party listed below via the CM/ECF system of the United States Court of Appeals for the Fifth Circuit.

Nelson E. Willis, III
*Pro se*
1405 County Road 208
Gainesville, Texas 76240
Tel: 972-533-4126

*/s/ Richard A. Illmer*
Richard A. Illmer

# CERTIFICATE OF COMPLIANCE WITH TYPESETTING AND TYPE–VOLUME REQUIREMENTS

1. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

2. This document complies with the type–volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 157 words.

*s/ Richard A. Illmer*
Richard A. Illmer

# CERTIFICATE OF COMPLIANCE WITH ECF STANDARDS

I certify that, on October 9, 2025, this Response was transmitted to the United States Court of Appeals for the Fifth Circuit through the Court's CM/ECF document-filing system. I further certify that (1) the required privacy redactions have been made in accordance with 5TH CIR. R. 25.2.13, (2) the electronic submission is an exact copy of the paper document in accordance with 5TH CIR. R. 25.2.1, and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*s/ Richard A. Illmer*
Richard A. Illmer